**Order entered June 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00126-CV

**BRIAN VODICKA, ET AL., Appellants**

**V.**

**NORTH AMERICAN TITLE COMPANY, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-01142**

## ORDER

We **GRANT** appellants' June 6, 2013 unopposed motion for an extension of time to file a reply brief. Appellants shall file their reply brief on or before June 17, 2013.

/s/     CAROLYN WRIGHT
           CHIEF JUSTICE